IH-32                                                                                   Rev: 2014-1

# United States District Court
for the
# Southern District of New York
Related Case Statement

---

### Full Caption of Later Filed Case:

Crypto Assets Opportunity Fund LLC and
Johnny Hong, individually and on behalf of
all others similarly situated,

Plaintiff

vs.

BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE

Defendant

Case Number

1:20-cv-3829

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Chase Williams and William Zhang,
indivudually and on behalf of all others
similiarly situated,

Plaintiff

vs.

BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER

Defendant

Case Number

1:20-cv-02809-LAK

IH-32 Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on April 3, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both the earlier-filed case and this action allege claims for violations of Sections 5 and 12(a)(1) of the Securities Act of 1933 against each of the Defendants named in the earlier-filed action. The Section 5 and 12(a)(1) claims in the two actions arise out of the same alleged conduct and wrongdoing by the Defendants.

Signature: /s/ Daniel L. Berger     Date: 5/18/20

Firm: Grant & Eisenhofer P.A.