UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,

                Defendants.

Civ. No. 1:20-cv-3829

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Crypto Assets Opportunity Fund LLC and Johnny Hong and Defendants Block.one and Daniel Larimer (the "Stipulating Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 18, 2020, plaintiffs filed a putative class action complaint (Dkt. No. 1) ("the Complaint");

WHEREAS, plaintiffs and their counsel intend to seek appointment as lead plaintiffs and lead counsel, respectively, pursuant to the Private Securities Litigation Reform Act;

WHEREAS, the undersigned have conferred regarding issues of timing;

WHEREAS, plaintiffs and the Stipulating Defendants have not previously requested any extension of time in the litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED subject to Court approval as follows:

1. Any deadlines for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint, to the extent such deadlines presently exist, are vacated, and Stipulating Defendants need not answer or otherwise respond to the Complaint; and

2. If plaintiffs and their counsel are appointed as lead plaintiffs and lead counsel, respectively, then plaintiffs shall have forty-five (45) days from the date of appointment to file an amended complaint; and

3. The Stipulating Defendants shall have forty-five (45) days from the filing of the amended complaint to answer, move to dismiss, or otherwise respond to any such amended complaint; and

4. If the Stipulating Defendants move to dismiss the amended class action complaint, the lead plaintiffs shall file any opposition to the motion to dismiss within thirty (30) days after the filing of the motion, and the Stipulating Defendants shall file any reply within thirty (30) days after the filing of the opposition to the motion to dismiss; and

5. The Stipulating Defendants do not waive any rights, remedies or other relief that they may seek, including to challenge jurisdiction or venue; and

6. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

| BAKER MARQUART LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: */s/ Brian E. Klein*<br>Brian E. Klein<br>Teresa L. Huggins<br>777 S. Figueroa Street, Suite 2850<br>Los Angeles, CA  90017<br>Tel:     (424) 652-7800<br>Fax:    (424) 652-7850<br>Email: bklein@bakermarquart.com<br>            thuggins@bakermarquart.com<br><br>Dated: June 8, 2020 | By: /s/ Greg D. Andres<br>Greg D. Andres<br>Edmund Polubinski III<br>Andrew S. Gehring<br>Gabriel Jaime-Bettan<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel:     (212) 450-4000<br>Fax:    (212) 701-5800<br>Email: greg.andres@davispolk.com<br>            edmund.polubinski@davispolk.com<br>            andrew.gehring@davispolk.com<br>            gabriel.jaime@davispolk.com<br><br>Neal A. Potischman<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Tel:     (650) 752-2000<br>Fax:    (650) 752-2111<br>Email: neal.potischman@davispolk.com<br><br>Dated: June 8, 2020 |

*Attorneys for Defendants Block.one and Daniel Larimer*

GRANT & EISENHOFER P.A.

By: /s/ *Daniel L. Berger*
Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com
dberger@gelaw.com
cmoyna@gelaw.com

James L. Koutoulas

KOUTOULAS LAW LLC
1111 Kane Concourse, Suite 603
Bay Harbor Islands, FL 33154
Tel: (312) 836-1180
Fax: (888) 391-8179
james@koutoulaslaw.com

Ievgeniia P. Vatrenko
IEVGENIIA VATRENKO, ESQ.
2 Northside Piers
Brooklyn, NY 11249
Tel: (718) 451-6384
jenny@vatrenkoesq.com

J. Samuel Tenenbaum
NORTHWESTERN PRITZKER SCHOOL OF LAW
375 East Chicago Avenue
Chicago, IL 60611
Tel: (312) 503-4808
s-tenenbaum@law.northwestern.edu

Dated: June 8, 2020

*Attorneys for Plaintiffs*

SO ORDERED.

Dated: _____   _____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE