UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>    Defendants. | Civ. No. 1:20-cv-02809-LAK<br><br><u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>    Defendants. | Civ. No. 1:20-cv-03829-LAK<br><br><u>CLASS ACTION</u> |

## **<u>MOTION TO WITHDRAW ANTONIO M. HAYNES AS COUNSEL</u>**

Antonio M. Haynes, Esq., having appeared as counsel on behalf of defendants Block.one, Daniel Larimer, and Brock Pierce ("Defendants") in the above-captioned cases, is no longer affiliated with the law firm Davis Polk & Wardwell LLP.  Defendants hereby move to withdraw Mr. Haynes's appearance as counsel in the above-captioned cases and request Mr. Haynes to be removed from all service lists, including all electronic service lists and ECF service lists.  The undersigned counsel will continue to serve as counsel for Defendants.  Accordingly, the granting of this motion will not delay or otherwise materially affect the litigation.

Dated: November 18, 2020

                        DAVIS POLK & WARDWELL LLP

                        By: */s/ Edmund Polubinski III*
                              Greg D. Andres
                              Edmund Polubinski III
                              Andrew S. Gehring
                              Gabriel Jaime-Bettan
                              450 Lexington Avenue
                              New York, New York 10017
                              Tel:    (212) 450-4000
                              Fax:   (212) 701-5800
                              Email: greg.andres@davispolk.com
                                       edmund.polubinski@davispolk.com
                                       andrew.gehring@davispolk.com
                                       gabriel.jaime@davispolk.com

                              Neal A. Potischman
                              DAVIS POLK & WARDWELL LLP
                              1600 El Camino Real
                              Menlo Park, California 94025
                              Tel:    (650) 752-2000
                              Fax:   (650) 752-2111
                              Email: neal.potischman@davispolk.com

                              Brian E. Klein
                              Scott M. Malzahn (*pro hac vice*)
                              Teresa L. Huggins
                              Jose R. Nuno (*pro hac vice*)
                              WAYMAKER LLP
                              777 S. Figueroa Street, Suite 2850
                              Los Angeles, CA  90017
                              Tel:    (424) 652-7800
                              Fax:   (424) 652-7850
                              Email:  bklein@waymakerlaw.com
                                        smalzahn@waymakerlaw.com
                                        thuggins@waymakerlaw.com
                                        jnuno@waymakerlaw.com

                              *Attorneys for Defendants Block.one, Daniel Larimer, and Brock Pierce*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's ECF System on November 18 2020.

                                         */s/ Edmund Polubinski III*
                                         Edmund Polubinski III