MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>                Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2-20-2023 |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>                Defendants. | Civ. No.: 1:20-cv-3829-LAK<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S NOTICE OF MOTION
FOR APPROVAL OF AMENDED NOTICE AND CERTIFYING CLASS**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

       PLEASE TAKE NOTICE that, in light of the status conference with the Court on February 22, 2023, and upon the accompanying additional declaration of Daniel L. Berger, the Amended Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead

Memorandum Endorsement                        Williams v. Block.One, 20-cv-2809 (LAK)
                                                 Crypto Assets Opportunity Fund v. Block.One, 20-cv-3829 (LAK)

Motion denied without prejudice to renewal provided:

(1) All relevant documents are changed by altering the class definition by striking "but not limited to", so that the parenthetical will read "(including over-the-counter and peer-to-peer transactions)".

(2) With respect to category (4), "of EOS Tokens that were verified by EOS block producers within the United States based on publicly available information at htttps://eosauthority.com/producers_rank or other comparable websites," the parties furnish evidence satisfactory to the Court that the claims administrator will be able to verify for each purchase covered by category (4) that the first node that validated each transaction for which a claim is made was located in the United States.

(3) A renewed motion shall be submitted with both clean and red-lined copies, the latter marked to show all changes from the documents that have been submitted to date.

SO ORDERED.

Dated:     March 20, 2023

                                                                               Lewis A. Kaplan
                                                                           United States District Judge