**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>     Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br><u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>     Defendants. | Civ. No.: 1:20-cv-3829-LAK<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S NOTICE OF MOTION
FOR APPROVAL TO DISTRIBUTE THE NET
<u>SETTLEMENT FUND TO ACCEPTED CLAIMANTS</u>**

1

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and the Declarations of Daniel L. Berger and Joseph Mahan and exhibits thereto, the undersigned hereby moves this Court on behalf of Lead Plaintiff Crypto Assets Opportunity Fund LLC before the Honorable Lewis A. Kaplan, in Courtroom 21B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting Lead Plaintiff's Motion for Approval to Distribute the Net Settlement Fund to Accepted Claimants, and for such other and further relief as the Court may deem just and proper.

DATED:  New York, NY
          December 12, 2024

Respectfully submitted,

*/s/ Daniel L. Berger*
Daniel L. Berger
Caitlin M. Moyna
Vincent J. Pontrello
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com
Email: vpontrello@gelaw.com

*Lead Counsel for the Class and Counsel for Lead Plaintiff Crypto Assets Opportunity Fund, LLC*

Ievgeniia P. Vatrenko, Esq.
2 Northside Piers
Brooklyn, NY 11249
Tel.: (718) 451-6384
Email: jenny@vatrenkoesq.com

James Koutoulas
**Koutoulas Law LLC**
10 N. Dearborn
Chicago, IL 60604
Tel.: (312) 836-1180
Email: james@koutoulaslaw.com

J. Samuel Tenenbaum
**Bluhm Legal Clinic of the Northwestern Pritzker School of Law**
**Complex Civil Litigation and Investor Protection Center**
375 East Chicago Ave.
Chicago, IL 60611
Tel.: (312) 503-4808
Email: s-tenenbaum@law.northwestern.edu

*Additional Counsel for Crypto Assets Opportunity Fund LLC*